IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-00193-01-CR-W-JAM |
| Plaintiff, | COUNT ONE: |
| v. | *(Willful Violation of OSHA Regulation Causing Death)* |
| SKINNER TANK COMPANY, | 29 U.S.C. § 666(e) |
| | NMT 6 Months Imprisonment |
| | NMT $500,000 Fine |
| Defendant. | Class B Misdemeanor |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE

On or about October 14, 2019, in the Western District of Missouri, SKINNER TANK COMPANY, was an employer who willfully violated standards and rules promulgated by the Occupational Safety and Health Administration (OSHA) pursuant to Section 655 of Title 29, and willfully violated regulations prescribed pursuant to Chapter 17 of Title 29, Code of Federal Regulations, Sections 1926.105(a) and 1926.21(b)(2), and said violations caused the death of Tony Wilson.

All in violation of Title 29, United States Code, Section 666(e).

                                                                     Teresa A. Moore
                                                                     United States Attorney

By:   */s/ Paul S. Becker*

                                                                       Paul S. Becker
                                                                       Assistant United States Attorney

Dated:       08/23/23
        Kansas City, Missouri